CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 14 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke DIVISION

GARRY V. LONG
206I JEFFRIES DR, RADFORD, VA

Plaintiff(s),

v.

Civil Action No.: 7:19cv171
(To be assigned by Clerk of District Court)

NEW RIVER VALLEY COMMUNITY SERVICES PACT PROGRAM
BLACKSBURG, VA
700 University City Blvd, Re: PACT Program

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: GARRY VAN LONG

      Address: 206 JEFFRIES DR, APT I, RADFORD, VA 24141

      Telephone Number: 540-577-6189

   b. Plaintiff No. 2

      Name: N/A

      Address: ____________________

      Telephone Number: ____________________

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

   Name: NEW RIVER VALLEY COMMUNITY SERVICES PACT PROGRAM

   Address: 700 UNIVERSITY CITY BLVD., BLACKSBURG, VA 24060

   b. Defendant No. 2

   Name: HUD. Housing US Govt Sec 8

   Address: Charlotte N.C

   B1 City of Radford 619 2nd St 24141

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☒ Federal Question ☐ Diversity of Citizenship ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

AMENDMENTS 1, 2, 21 US Constitution
Re: Civil Rights issues

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: State Va - USA State of Citizenship: VA.

Plaintiff No. 2: ____________ State of Citizenship: ____________

Defendant No. 1: ____________ State of Citizenship: ____________

Defendant No. 2: ____________ State of Citizenship: ____________

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. PLEASE SEE ATTACHED COPIES OF 19-YEAR STUDY OF SUBJECT MATTER LISTED.
(1) 2-Counts Attempted Murder
(2) Espionage of Spy
(3) Discrimination, Elder Abuse
Mal-Practice Poison Drugs (4) Anti Psychotic Force to take, Denied Diabetic Meds 72 hrs + Blood Pres. also,
Loss of Funds out of SS & SSI Checks
State Fuel Asst Checks My Name & Address
Unknown See, Persecution Harassment
Deceptive Fraud, loss of 4500. Car.
Dis-Respect for an Older 70

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached.** ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Please See Enclosed Documental Journals of Truth Written I enclose Fee, Please Photostat and return Copies Please thank you Sir or Mam.

Exhibit A+B
empty Pill Contains
open all the time the Nextand to Moderfencation to Better to

See NO Pills for Diabetic Disease I Suffer great in Pain for 19 yrs NO Nerve meds Bite Skin on hand off all time. Forced to take AntiPsychotic Drugs See Pharmacy Reports. NO PAIN Meds only Tylenol Does no good Arthritis PAIN Use Rub. NO good NO Doctor here to help me at 71 they all need Probe Hosps in Area also other Paper tell about this TRUTH to See

All this here on 300 Pages
of Book to Write "Internal
Terrorism of Hell in 2441"
Will Be Sent to Page Publication
in N.Y. N.Y. 10001 they Called
me yesterday to see when Pages
Sent, I hope Read TRuth here in 2410
I Also Wrote
"Poems We all Love & Read"
By G.W. Long
esq.

If I get Royalty Check
Will Send to help $ to
Saint Judes Childrens Hosp
NY.
Salvation Army
SPCA, Humane Society
Arthritis Foundation
Cancer - Salvation Army +
wife I lost, Most of Family to
this Grandparents Dad Uncle & Aunt
I Pray to God Almighty Daily to
Find a Cure of eternal Love to
end the Pain of Hell for Ever.

Mow, Rcky Shake Stays PAINT, Get
IN 1960'S. Worked For the Hon Sr Governor
USA Federal Court Judge TED, Theadore Walk Dog
Dalton Father of John N. Dalton who
Won elected Gov. of Va in 1972
I help John Jr. Put Potholder made
with News paper I delivered in My 13
6 14 People on Route. He got Elected
to House of Representatives on to
State Senate, LT Gov. He gave me
a 5.00 Bill when in 1959 I
delivered Special Addition of
Newspaper "Radford Become all
American City!" he said, "This is
Truly a Very Great Honor to Be
Stoled on US All here. God Bless him
He Was an Excellent Gentleman in
all Aspects of Reality to DO Fairly
& Justly Right. His Son, John Jr a
Lawyer has Many of my Letter Concerning
All I Called, Wrote NO Rebuttal to heck?
NO Contention or Retained to tell! P
city Named Equaled strongly I tell in Book

Left margin: Post Fed Bldg to Roanoke Va; 1950 I Packard car; Richard H. Potts Sr. Brown School; Judge Richard H. Potts; I Knew Judge of age 6 to tomb; US Congress I Spoke on 23, 1955 to Graduating

Right margin: I Should Press Conference We Planned March 12, 1977 Bill Carter Elliott Station 7 greatly thrilled Remembering Elliott; I Bought Been With him

Mr. Gary Long
206 I Jeffries Drive
Radford, Virginia 24141

Please Hon. Sir?
Now Probe, Examine and
investigate All to Justice Now!

I Do Affirm that Accurate Precision of Statements made on Record true to the Best of my Knowledge & intellectual Truth signed on the 1st day of Feb in the year of our Lord Jesus Christ + 2019. As I state Record of Accuracy I do Affirm this As my Left hand on Holy Bible with Right hand at Salute Attention.

Sign [signature] esq. John 8:32 +
A great CIA verse
operative
206 I Jeffres Dr HUD. NRG. 2
Radford Va. 24141
USA Ph 540 572-6187

former X-Federal Security Officer
701 Broadway, Myrtle Beach SC

God Bless America USA +

9 AM 5 of 30 yrs. Now All the Loosing team

I Paved A Road to Richmond and Put Books for education in Library he went only 4 credits

to VA Preach Gospel n Love

Charter Lottery Player 1988

Lost Many thousands

Won 768.00 then spent a Lotto

30 YRS ANNIVERSARY!

Play on America! all game $50000 Lost

I Do Cant Stop! Poker zed Machine Horse Lottery

By Dr. Sing Psy-Sry Lost hair, Eat Big Breakfast

Ability Disease Claim Denied Bad

By AALS in Calif. Poison Shots Dreams

in Him. One Could not sit for 1 h. PACT

Bad Miserable PAIN, Dr. Sing Sang a Song Song Wrong

Wrong- Poison AntiPsychotic Drug.

Im Nurotic most All, NO Shame

I try to Do all in Moderation Send

to Be Wise. Sing Says I Cant Sing Blues to India please

Write US Govt Officers Write letter

the Violation of my Constitutional Rights. told by PACT, NO Money Always?

NO 411 on Phone even Why! My therapy PACT intervention!?

their Needs Probe to Find TRUTH

540 577-6189 Old Flinton Job

Katrina Winkle

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

How. Sir Judge Moon

It Would Be indeed a Great Pleasure & Utmost Honor IF I Do Win, to take you and staff out to Dine in Best Resturant called Tom Jefferson Charlottesville

A Great Human can't see him! I would Love Once More to See Back to Montecello home and Toms Dumb Waiter he invented in 18th Century America

Duty is the Most Supplying Word in the English language" Said Robert E. Lee

My Great Grand Father traveling w/ George Washington Rucker

CSA fought Under his Commands at Chancellorsville 1861 My Great Grand Father Dexter Martin Rucker Chair Head at age 101 lived in 24141, He Walked out of Nursing home 17 Blocks to his home! Cut him a Chew of Plug tobacco And Sat in his Rocking Chair (I live here he said

When the course of Truth Probe John CIA Verse 8:32+

I Love to Converse to Most Intelligent People Love Jesus See us All!

Independence is Great, ISIS hated!

Viva Long live Dixie! General ****

The Ben N all CSA states

At 94 he Fixed his Roof!

was Butcher & Block man

Yes! SC NO vote him good Southern Folks

"Love NC SC Human Ben Franklins Post Office here Need Probe!

I Know Mayor here he 36 I'm 71 Held in my Arms Long ago Hall St My Knew Flow Crime Rond + Family Lived Almost to 102 in Bristol town

DEMAND FOR JURY TRIAL: ~~YES~~ ☒ NO

Signed this 26TH day of JANUARY, 2019

Signature of Plaintiff No. 1 [signature] esq.

JohJ8232

Signature of Plaintiff No. 2 ______________________

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**